

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ABIE WOLF, | § | No. 08-19-00147-CV |
| Appellant. | § | Appeal from the |
| | § | 448th District Court |
| SALVADOR C. RAMIREZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCV1155) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's Pro Se third motion for extension of time within which to file the brief until **December 3, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Abie Wolf, the Appellant, prepare the Appellant's pro se brief and forward the same to this Court on or before December 3, 2019.

IT IS SO ORDERED this 4th day of November, 2019.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.